AO 91, Rev. 11/82 (T. S...) **CRIMINAL COMPLAINT**
Case 2:10-cr-00123-PBT Document 1-1 Filed 10/13/09 Page 1 of 1

# 09-220

## United States District Court

**DISTRICT:** Eastern District of Pennsylvania

**UNITED STATES OF AMERICA v. Colleen Larose a/k/a Fatima Larose**

FILED OCT 13 2009

**DOCKET NO.:**

**MAGISTRATE'S CASE NO.:** 09 M 1642

Complaint for violation of Title 18 United States Code § 1028(a)(2) and (f)

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| Honorable LYNNE A. SITARSKI | U.S. Magistrate Judge | Philadelphia, PA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| August 23, 2009 | Philadelphia, Pennsylvania | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning on or about August 23, 2009, in the Eastern District of Pennsylvania, the defendant, Colleen Larose, a/k/a Fatima Larose, did knowingly attempt to transfer an identification document, to wit, a United States passport, knowing that such document was stolen, and the identification document was or appears to have been issued by or under the authority of the United States and the offense involved the production or attempted transfer of an identification document that is or appears to be an identification document or authentication feature issued by or under the authority of the United States.

All in violation of Title 18, United States Code, Section 1028(a)(2), (f).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

### SEE AFFIDAVIT ATTACHED HERETO.

**MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:**

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

**SIGNATURE OF COMPLAINANT (official title):** Diana Huffman

**OFFICIAL TITLE:** Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence.

**SIGNATURE OF MAGISTRATE:** Honorable LYNNE A. SITARSKI, United States Magistrate Judge

**DATE:** 10/10/2009

1) See Federal Rules of Criminal Procedure rules 3 and 54.