## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

### REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF
### SUPERVISION WITH THE CONSENT OF THE OFFENDER
(Probation Form - Waiver of Hearing is Attached)

Offender Name: **Colleen R. LaRose**                    Case No.: **2:10CR000123-001**

Name of Sentencing Judicial Officer: **The Honorable Petrese B. Tucker**

Date of Original Sentence: **January 6, 2014**

Original Offense: **Conspiracy to provide material support to terrorists (Count One); conspiracy to kill in a foreign country (Count Two); false statements to government officials (Count Three); and attempted identity theft (Count Four).**

Original Sentence: **The defendant was committed to the custody of the United States Bureau of Prisons (BOP) for a total term of ten years, to be followed by a five-year period of supervised release. A $400.00 special assessment was also imposed.**

Special Conditions: **1) The defendant shall participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged; 2) The defendant shall abide by the standard conditions of computer monitoring; 3) The defendant shall cooperate in the collection of DNA as directed by the probation officer; 4) The defendant shall refrain from the illegal use of drugs and shall submit to testing if directed to do so; 5) The defendant shall cooperate in the collection of DNA as directed by the probation officer; and 6) The defendant shall pay a $2,500.00 fine at the rate of $50.00 monthly, to commence 30 days after release.**

Type of Supervision: **Supervised Release**                    Date Supervision Commenced: **August 3, 2018**

U. S. Attorney's Response:   No Objections ☒   Objections ☐   No Response ☐

---

### PETITIONING THE COURT

**Ms. LaRose was released from federal custody on August 3, 2018. As of this writing, the offender does not have an approved residence as a result of an issue with her boyfriend's landlord. We note that the offender's boyfriend is the process of moving, and recently advised that this should occur in the coming weeks. Our plan is to place the offender at the Residential Reentry Center (RRC) as soon as possible until suitable living arrangements can be made.**

**On August 6, 2018, the defendant waived her right to a hearing and agreed to the proposed modification of supervision conditions after discussing the matter with her attorney. It is also noted that Assistant United States Attorney Jennifer A. Williams voiced no objection to the proposed modification.**

RE:  Colleen R. LaRose
Case No.:  10-123-01

       **To modify the conditions of supervision as follows:  That the defendant be placed in a Residential Reentry Center (RRC) for a period of up to 90 days, or until such time that a suitable residence can be approved by the U.S. Probation Office. While at the RRC, the defendant shall comply with all the rules and regulations of the facility.**

       Respectfully submitted,

       Matthew R. MacAvoy, Chief
       U.S. Probation Officer

       Adam Peterson
       Sr. U.S. Probation Officer

       Approved:

for:  James D. Muth
       Supervising U.S. Probation Officer
       Date:  8/6/18

AEP


ORDER OF THE COURT


Considered and ordered this _6th_ day of _AUGUST_, _2018_ and ordered filed and made part of the records in the above case.

Honorable Petrese B. Tucker   AS EMERGENCY JUDGE FOR
U.S. District Court Judge

UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF PENNSYLVANIA

NOTICE OF REQUEST FOR MODIFICATION OF SUPERVISION CONDITIONS

TO:   Colleen R. LaRose           CASE NO.:  10-123-01
      (Name)

        This is to notify you that the U.S. Probation Office intends to make a formal request to the Court that the conditions of supervision be modified as follows:

**That the defendant be placed in a Residential Reentry Center (RRC) for a period of up to 90 days, or until such time that a suitable residence can be approved by the U.S. Probation Office.  While at the RRC, the defendant shall comply with all the rules and regulations of the facility.**

        The reason for this modification and addendum to the conditions of supervision is:

**Ms. LaRose was recently released from federal custody, and as of this writing, she does not have an approved residence. Our plan is to place Ms. LaRose at the RRC as soon as possible until suitable living arrangements can be made.**

        You are advised that you have the right to a hearing before the Court on the modification of the conditions of supervision, and that you have the right to be represented by counsel at such hearing. You also have the right to waive (give up) such a hearing. You are hereby asked to acknowledge receipt of the "Notice" by signing the applicable portion on the reverse side of this form and returning the form to your Probation Officer. If you desire a hearing, you should sign the ACKNOWLEDGMENT AND REQUEST FOR HEARING portion of the form. If you wish to waive (give up) a hearing, you should sign the ACKNOWLEDGMENT AND WAIVER portion of the form. If you request a hearing, you will be notified by this office of the time and place thereof in due course.

                            Matthew R. MacAvoy, Chief
                            U.S. Probation Officer


                            Adam Peterson          Date  8/6/18
                            Sr. U.S. Probation Officer


AEP

ACKNOWLEDGMENT AND REQUEST FOR HEARING

       I, Colleen R. LaRose, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Supervision, and request a hearing thereon with my reasons stated below:

Signed: _____

                                             (Date)

-----------------------------------------------------------------------------------------------

ACKNOWLEDGMENT AND WAIVER OF HEARING

       I, Colleen R. LaRose, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Supervision. I have read the Notice and understand that I have the right to a hearing before the Court on that request and to the assistance of counsel at the hearing. However, I hereby waive (give up) my right to a hearing and agree to the proposed modifications of conditions of supervision. I also certify that no promises have been made to me in order to induce me to give up my right to a hearing.

Signed: *Colleen La Rose*  8-6-18

                                           (Date)

WITNESS:

*Adam Pereira, USPO*
Name

*600 Arch St. Suite 2400*
Address  *Phila, PA 15106*