UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF
SUPERVISION WITH THE CONSENT OF THE OFFENDER
(Probation Form - Waiver of Hearing is Attached)

Offender Name: **Colleen R. LaRose**                                      Case No.: **2:10CR000123-001**

Name of Sentencing Judicial Officer: **The Honorable Petrese B. Tucker**

Date of Original Sentence: **January 6, 2014**

Original Offense: **Conspiracy to provide material support to terrorists (Count One); conspiracy to kill in a foreign country (Count Two); false statements to government officials (Count Three); and attempted identity theft (Count Four).**

Original Sentence: **The defendant was committed to the custody of the United States Bureau of Prisons (BOP) for a total term of ten years, to be followed by a five-year period of supervised release. A $400.00 special assessment was also imposed.**

Special Conditions: **1) The defendant shall participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged; 2) The defendant shall abide by the standard conditions of computer monitoring; 3) The defendant shall cooperate in the collection of DNA as directed by the probation officer; 4) The defendant shall refrain from the illegal use of drugs and shall submit to testing if directed to do so; 5) The defendant shall cooperate in the collection of DNA as directed by the probation officer; and 6) The defendant shall pay a $2,500.00 fine at the rate of $50.00 monthly, to commence 30 days after release.**

Modification: **On August 6, 2018, the defendant's conditions were modified to include that she be placed in a Residential Reentry Center (RRC) for a period of up to 90 days, or until such time that a suitable residence can be approved by the U.S. Probation Office.**

Type of Supervision: **Supervised Release**                     Date Supervision Commenced: **August 3, 2018**

U. S. Attorney's Response:   No Objections ☒    Objections ☐    No Response ☐

PETITIONING THE COURT

At sentencing for the instant offense, the Court ordered that the defendant shall abide by the standard conditions of computer monitoring. After her release from federal custody, Ms. LaRose reviewed and signed the Computer Monitoring Standard Conditions adopted by this Court. Recently, the defendant obtained a device (Samsung tablet) with internet access. Due to the defendant's conduct in the instant offense and her history, our plan is to monitor the device appropriately for any concerning activity.

RE: Colleen R. LaRose
Case No.: 10-123-01

We are seeking to modify the defendant's supervision to include the full monitoring special condition to accomplish that goal.

We note that Ms. LaRose also has a mobile phone that has internet access; however, it is an older model phone and cannot be monitored by our office's software. In response, this officer disabled the phone's web capability and instructed Ms. LaRose not to change any settings on that specific phone. Her compliance with this directive will be periodically verified by this officer. On March 26, 2019, the defendant waived her right to a hearing and agreed to the proposed modification of supervision conditions. Also, Assistant United States Attorney Jennifer A. Williams voiced no objection to the proposed modification.

It is also noted that since her release from custody, Ms. LaRose has been unable to make any payments toward her Court ordered fine. As of this writing, the balance is $2,500.00. The special assessment has been paid in full. At this time, Ms. LaRose is supported financially by her paramour, and she is applying for Social Security Disability benefits. In light of this, it is requested that her payments be suspended until further notice.

Furthermore, the defendant is not presently enrolled in a mental health treatment program. Since her release, Ms. LaRose has denied the need for formal treatment; however, she remains receptive to this officer's attempts to refer her to appropriate services. The Court will be updated accordingly if her status in mental health treatment changes.

RE: Colleen R. LaRose
Case No.: 10-123-01

**To modify the conditions of supervision as follows: The defendant shall submit to an initial inspection by the U.S. Probation Office and to any examination during supervision of the defendant's computer and any devices, programs, or applications. The defendant shall allow the installation of any hardware or software systems which monitor or filter computer use. The defendant shall abide by the standard conditions of computer monitoring and filtering that have been approved by this Court. The defendant is to pay the cost of the computer monitoring not to exceed the monthly contractual rate, in accordance with the probation officer's discretion.**

Respectfully submitted,

Matthew R. MacAvoy, Chief
U.S. Probation Officer

Adam Peterson
Sr. U.S. Probation Officer

Approved:

James D. Muth
Supervising U.S. Probation Officer
Date: 4-1-19

ORDER OF THE COURT

Considered and ordered this
_____2nd_____ day of April
__2019__ and ordered filed and made part of
the records in the above case.

The Honorable Petrese B. Tucker
U.S. District Court Judge

4/2/19
cc: Probation

UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF PENNSYLVANIA

NOTICE OF REQUEST FOR MODIFICATION OF SUPERVISION CONDITIONS

TO: Colleen R. LaRose   CASE NO.: 10-123-01
(Name)

This is to notify you that the U.S. Probation Office intends to make a formal request to the Court that the conditions of supervision be modified as follows:

**The defendant shall submit to an initial inspection by the U.S. Probation Office and to any examination during supervision of the defendant's computer and any devices, programs, or applications. The defendant shall allow the installation of any hardware or software systems which monitor or filter computer use. The defendant shall abide by the standard conditions of computer monitoring and filtering that have been approved by this Court. The defendant is to pay the cost of the computer monitoring not to exceed the monthly contractual rate, in accordance with the probation officer's discretion.**

The reason for this modification and addendum to the conditions of supervision is:

**We are seeking to modify the defendant's supervision to include the full monitoring special condition adopted by this Court.**

You are advised that you have the right to a hearing before the Court on the modification of the conditions of supervision, and that you have the right to be represented by counsel at such hearing. You also have the right to waive (give up) such a hearing. You are hereby asked to acknowledge receipt of the "Notice" by signing the applicable portion on the reverse side of this form and returning the form to your Probation Officer. If you desire a hearing, you should sign the ACKNOWLEDGMENT AND REQUEST FOR HEARING portion of the form. If you wish to waive (give up) a hearing, you should sign the ACKNOWLEDGMENT AND WAIVER portion of the form. If you request a hearing, you will be notified by this office of the time and place thereof in due course.

Matthew R. MacAvoy, Chief
U.S. Probation Officer

Adam Peterson
Sr. U.S. Probation Officer        Date 3/29/19

AEP

## ACKNOWLEDGMENT AND REQUEST FOR HEARING

I, Colleen R. LaRose, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Supervision, and request a hearing thereon with my reasons stated below:

Signed: _____
(Date)

---

## ACKNOWLEDGMENT AND WAIVER OF HEARING

I, Colleen R. LaRose, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Supervision. I have read the Notice and understand that I have the right to a hearing before the Court on that request and to the assistance of counsel at the hearing. However, I hereby waive (give up) my right to a hearing and agree to the proposed modifications of conditions of supervision. I also certify that no promises have been made to me in order to induce me to give up my right to a hearing.

Signed: *Colleen R LaRose*    3-29-19
(Date)

WITNESS:

Adam Peterson, USPO
Name

600 Arch St. Phix, PA 19106
Address